## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-271(24) (DWF/SER) |
| Plaintiff, | |
| v. | **ORDER MODIFYING CONDITIONS OF SUPERVISE RELEASE** |
| John Edward Schostag, | |
| Defendant. | |

The above named Defendant appeared on Wednesday, June 21, 2017, for a Final Revocation Hearing on a supervised release violation.  At the hearing, the Defendant denied the violation.

**IT IS HEREBY ORDERED** that the following conditions be added:

1.  The defendant shall not purchase, possess, use, distribute or administer marijuana or obtain or possess a medical marijuana card or prescription.  This condition supersedes standard condition number 7 with respect to marijuana only.

2.  The defendant shall perform 14 hours of community service, as approved by the probation officer.

3.  The defendant shall make a good faith effort to obtain and work with an AA or NA sponsor.

4.  The defendant shall participate in at least one 12-step meeting per week.

All other previously imposed terms and conditions of supervised release shall remain in effect until the term of supervised release ends.

Dated: June 23, 2017                              s/Donovan W. Frank
                                              DONOVAN W. FRANK
                                              United States District Judge